**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ANDRES CELEDONIO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 1:15-cv-01079 (LMB/MSN) |
| ) | |
| DRAINAGE & EROSION SOLUTIONS, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Defendants Drainage & Erosion Solutions, LLC, Drainage & Erosion Solutions Greater Washington, LLC and Kenneth G. Fraine, by counsel, move for Court approval of the settlement reached by the parties in the above captioned matter. In support of this motion, the parties refer the Court to the accompanying Memorandum of Points and Authorities.

The parties waive oral argument.

Respectfully submitted,

DRAINAGE & EROSION SOLUTIONS, LLC,
DRAINAGE & EROSION SOLUTIONS GREATER WASHINGTON, LLC, and
KENNETH G. FRAINE

By Counsel

/s/ R. Douglas Taylor, Jr.
Richard C. Sullivan, Jr., VSB #27907
R. Douglas Taylor, Jr., VSB # 38360

Samuel J. Banks, VSB # 88990
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
rsullivan@beankinney.com
rdougtaylor@beankinney.com
sbanks@beankinney.com

*Counsel for Defendants*

-and-

ANDRES CELEDONIO
OSVALDO GUTIERREZ
JUAN ALBA
JOSE DE JESUS ORTEGA ALDANA
POFIRIO HERNANDEZ DIAZ
FRANCISCO CELEDONIO
OSCAR ESTRADA
LUIS MANUEL CELEDONIO
CIRILO ALBA, AND
JOSE LUIS TORRES CELEDONIO

By Counsel

/s/ Mary Craine Lombardo
Mary Craine Lombardo Bar # 77768
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, Maryland 20850
(301)340-2020
(301) 354-8126-fax
mlombardo@steinsperling.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 11th day of March, 2016, a true and correct copy of the foregoing was served by ECF as follows:

Mary J. Craine Lombardo
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, Maryland 20850
(301)340-2020
(301) 354-8126-fax
mlombardo@steinsperling.com
Counsel for plaintiffs

                 /s/  R. Douglas Taylor, Jr.
                 R. Douglas Taylor, Jr.