**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ANDRES CELEDONIO, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DRAINAGE & EROSION SOLUTIONS, ) <br> LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:15-cv-01079 (LMB/MSN) |

**O R D E R**

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the Parties, it is hereby ORDERED:

1. That the Joint Motion for Approval Settlement Agreement is GRANTED; and

2. That the Court approves the parties' proposed Settlement Agreement as representing a *bona fide* compromise of the plaintiffs' FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements.

3. That the above-captioned case is DISMISSED with prejudice.

SO ORDERED

DATED: _____        _____
                                                                THE HONORABLE LEONIE M. BRINKEMA
                                                                UNITED STATES DISTRICT COURT JUDGE

SEEN AND AGREED:

/s/ R. Douglas Taylor, Jr.
Richard C. Sullivan, Jr., VSB #27907
R. Douglas Taylor, Jr., VSB # 38360
Samuel J. Banks, VSB # 88990
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
rsullivan@beankinney.com
rdougtaylor@beankinney.com
sbanks@beankinney.com

*Counsel for Defendants*



/s/ Mary Craine Lombardo
Mary Craine Lombardo Bar # 77768
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, Maryland 20850
(301)340-2020
(301) 354-8126-fax
mlombardo@steinsperling.com

*Counsel for Plaintiffs*